IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| JEFFERY SCOTT BROWN, JR., | Case No. 1:24-cv-690 |
| Plaintiff, | Judge Matthew W. McFarland |
| vs. | |
| ANNETTE CHAMBERS-SMITH, et al., | |
| Defendants. | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS
(Doc. 13)**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Chelsey M. Vascura (Doc. 13), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's claims arising from the June 28, 2024, incident involving Officer Cox are **SEVERED** and **DISMISSED WITHOUT PREJUDICE**, and Plaintiff **SHALL LIST** 1:24-cv-690 as a related case if he elects to file additional actions related to these claims;

2. Plaintiff's individual capacity Eighth Amendment excessive force and medical indifference claims against Officer Cox **MAY PROCEED**;

3. Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE**; and

4. If Plaintiff wishes to have the United States Marshal effect service of the summons and Complaint on Defendant Cox, Plaintiff is **DIRECTED** to file a completed summons form (Form AO-440) and a service of process by U.S. Marshal form (Form USM-285). If Plaintiff does so, the Clerk is **DIRECTED** to issue the summons and the United States Marshal is **DIRECTED** to serve by certified mail upon Defendant Cox the issued summons, a copy of the Complaint (Doc. 7), and a copy of the Magistrate Judge's Order and Report and Recommendation (Doc. 13).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND