## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JEFFREY SCOTT BROWN, JR., | : | Case No. 1:24-cv-690 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| ANNETTE CHAMBERS-SMITH, et al., | : | |
| | : | |
| Defendants. | : | |

---

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 20)

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Chelsey M. Vascura (Doc. 20), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion for Injunctive Relief (Doc. 18).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND